UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NDRICIM CULAJ,

     Petitioner,

                                   CASE NO. 1:26-CV-517

v.

                                   HON. ROBERT J. JONKER

KEVIN RAYCRAFT, et al.,

     Respondents.

_____/

## **<u>ORDER</u>**

The United States Immigration and Customs Enforcement detained Petitioner on November 19, 2025.  Petitioner filed this habeas action on February 16, 2026, and the Court entered a briefing order on the Petition the next day.  (ECF No. 4).  Today, at 3:33 p.m., Petitioner filed an "Emergency Motion for Temporary Restraining Order and Preliminary Injunction."  (ECF No. 5).  In the motion, counsel for Petitioner states that "[o]n information and belief [Petitioner] is at the airport and ICE is putting him on a plane in thirty minutes."  (ECF No. 5).  Beyond that, the motion reiterates the legal contentions in the underlying habeas petition.

The Court sympathizes with Petitioner, but the Court cannot grant ex parte relief based on a single conclusory statement based on information and belief.  Rule 65, which is applicable to these proceedings,[1] requires more.  Respondents have already appeared in this matter and thus have been served with the motion.  Respondents shall respond to the motion no later than **noon**

---

[1] *See Gimenez Gonzalez v. Olson*, No. 1:25-cv-1143 ECF No. 21, PageID.9 (W.D. Mich. Sept. 26, 2025).

tomorrow, February 20, 2026, and include in their response a timeline that describes any decision

to remove Petitioner from this district.

       **IT IS SO ORDERED.**


Dated:  February 19, 2026           /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE