UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NDRICIM CULAJ,

        Plaintiff,

                                         CASE NO. 1:26-cv-0517

v.

                                         HON. ROBERT J. JONKER

KEVIN RAYCRAFT et al.,

        Defendants.

_____/

## <u>ORDER OF DISMISSAL</u>

Petitioner, who is not a United States citizen, initiated this action by filing a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, PageID.1). After that petition was filed, Petitioner was removed from the United States. (ECF No. 9-4, PageID.171).

Following Petitioner's removal, Respondents filed a motion to dismiss the case for lack of subject matter jurisdiction. (ECF No. 8). The motion indicated that counsel for the petitioner does not object to the motion. (*Id.*). And counsel for the petition has not filed any motions opposing it. The Court concludes that, because of the removal, Petitioner's habeas petition is moot. *See Enazeh v. Davis*, 107 F. App'x 489, 491 (6th Cir. 2004) (noting that removal generally moots a habeas petition seeking release from immigration detention).

Accordingly, Respondents' motion to dismiss (ECF No. 8) is **GRANTED**, and the case is **DISMISSED**.

Dated: <u>March 24, 2026</u>                         <u>/s/ Robert J. Jonker</u>
                                            ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE